# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2015

Robert P. Young, Jr.,
Chief Justice

151460 & (12)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

GREGORY HALLIWILL,
          Plaintiff-Appellee,

v

SC: 151460
COA: 324640
Ingham CC: 13-000925-CK

ROBIN LEVONDOSKY,
          Defendant-Appellant.
_____/

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2015

